# BORRELLI & ASSOCIATES
## P.L.L.C.

www.employmentlawyernewyork.com

| | |
|---|---|
| 655 Third Avenue | 1010 Northern Boulevard |
| Suite 1821 | Suite 328 |
| New York, NY 10017 | Great Neck, NY 11021 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

July 21, 2015

*Via Electronic Case Filing*
The Honorable Laura Taylor Swain
United States District Judge for the
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Jeff Douglas (JD 8154)*

Dear Clerk of Court:

We submit this correspondence to advise that Jeff Douglas is no longer employed with our Firm. We respectfully request that you remove him from the docket immediately on *Donald Williams v. Bier International, L.L.C., et al.;* Docket No. 14-cv-3894(LTS)(JCF)

Should you have any questions or concerns, please contact the undersigned.

Respectfully,

Michael J. Borrelli, Esq. (MB 8533)
*Managing Member*

MJB:kag